**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Officer Jonathan Grant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN ARMSTRONG, individually,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and LVMPD OFFICER J. GRANT, P#19712,<br><br>          Defendants. | Case Number:<br>2:25-cv-00862-RFB-DJA |

### STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES

### (DEFENDANTS' FIRST REQUEST)

Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), and Officer Jonathan Grant ("Grant"), (collectively, "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., of Marquis Aurbach, hereby request to extend the Discovery Plan and Scheduling Order deadlines an additional sixty (60) days. Plaintiff Shawn Armstrong, by and through his attorneys of record, Stephen P. Stubbs, Esq. and Jared R. Richards of Clear Counsel Law Group, have agreed to accommodate Defendants' request and stipulate to the extension of discovery for an additional sixty (60) days. This Stipulation is being entered in good faith and not for purposes of delay.

. . .

MAC: 14687-532 (#6113719.2)

**I.  STATUS OF DISCOVERY**

    **A.  PLAINTIFF'S DISCOVERY**

        1.  Plaintiff's First Set of Interrogatories to Defendant Officer Jonathan Grant dated July 7, 2025.

        2.  Plaintiff's First Set of Requests for Admissions to Defendant Officer Jonathan Grant dated July 7, 2025.

        3.  Plaintiff's First Set of Interrogatories to Defendant Las Vegas Metropolitan Police Department dated July 7, 2025.

        4.  Plaintiff's First Set of Requests for Production of Documents to Defendant Las Vegas Metropolitan Police Department dated July 7, 2025.

        5.  Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated July 8, 2025.

        6.  Plaintiff's Responses to Defendants' First Set of Requests for Production of Documents dated July 17, 2025.

        7.  Plaintiff's Answers to Defendants' First Set of Interrogatories dated July 17, 2025.

        8.  Plaintiff's Second Set of Interrogatories to Defendant Las Vegas Metropolitan Police Department dated July 22, 2025.

        9.  Plaintiff's Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated October 8, 2025.

        10.  Plaintiff's Initial Disclosure of Expert Witnesses Pursuant to FRCP 26.1 dated October 8, 2025.

        11.  Plaintiff's First Supplemental and Errata to Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated October 16, 2025.

    **B.  DEFENDANTS' DISCOVERY**

        1.  LVMPD Defendants' First Set of Interrogatories to Plaintiff Shawn Armstrong dated June 25, 2025.

MAC: 14687-532 (#6113719.2)

      2.      LVMPD Defendants' First Set of Requests for Production of Documents to Plaintiff Shawn Armstrong dated June 26, 2025.

      3.      LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated July 1, 2025.

      4.      Defendant Officer Jonathan Grant's Answers to Plaintiff's First Set of Interrogatories dated August 6, 2025.

      5.      Defendant Las Vegas Metropolitan Police Department's Answers to Plaintiff's First Set of Interrogatories dated August 6, 2025.

      6.      Defendant Officer Jonathan Grant's Responses to Plaintiff's First Set of Requests for Admissions dated August 6, 2025.

      7.      LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated August 12, 2025.

      8.      LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated August 13, 2025.

      9.      LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated August 14, 2025.

      10.      Defendant Las Vegas Metropolitan Police Department's Answers to Plaintiff's Second Set of Interrogatories dated September 22, 2025.

      11.      Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff's First Set of Requests for Production of Documents dated September 22, 2025.

      12.      LVMPD Defendants' Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated September 22, 2025.

      13.      LVMPD Defendants' Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated November 5, 2025.

**C.    DEPOSITIONS.**

      1.      Plaintiff conducted a partial deposition of Officer Jonathan Grant on August 19, 2025. The remaining part of the deposition is currently noticed for November 25, 2025 at 9:30am. However, with the granting of this stipulation, that deposition will be moved.

MAC: 14687-532 (#6113719.2)

2. LVMPD Defendants deposed Plaintiff Shawn Armstrong on September 5, 2025.

3. Plaintiff's deposition of LVMPD's 30(b)(6) designee is noticed for December 2, 2025. However, with the granting of this stipulation, that deposition will be moved.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The Plaintiff has almost completed his discovery and can complete discovery within the current deadlines. The Defendants have completed the majority of the written discovery and depositions. However, the Defendants anticipate a continued need to conduct discovery and to meet and confer on outstanding discovery issues. The Parties' primary remaining discovery tasks include 1) the second part of the Plaintiff's deposition of Defendant Officer Grant, 2) the Plaintiff's deposition of Defendant LVMPD's 30(b)(6) witness(es), 3) the potential deposition of one or more of Plaintiff's identified expert witnesses, 4) expert rebuttal reports, 5) the potential deposition of one or more of Defendants' soon-to-be-identified rebuttal expert witness(es), and 6) meet-and-confer efforts on outstanding discovery issues and motion practice if needed.

## III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

This is the **first** request for an extension of discovery deadlines in this matter, and the first request by the Defendants. The Defendants request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so the there is more flexibility with Plaintiff's currently noticed depositions, as well as the expected deposition of Defendants' rebuttal expert, and so that Defendants may continue to conduct discovery. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made within twenty-one (21) days of the subject deadline must be supported by a showing of good cause. Here, all the deadlines the Defendants seek to extend are outside of the twenty-one (21) day window. Nevertheless, the Defendants believe that good cause exists to extend the discovery deadline here. Plaintiff

MAC: 14687-532 (#6113719.2)

makes no representations as to good cause and is simply accommodating the Defendants' request.

The Plaintiff identified multiple experts and disclosed expert reports on October 9, 2025. Defendants plan to depose one or more of those experts and disclose one or more rebuttal experts on or before the rebuttal disclosure deadline. Plaintiff intends to depose any identified rebuttal expert(s) disclosed by the LVMPD Defendants.

However, counsel for LVMPD Defendants has been preparing for and conducted a two-week trial in the United States District Court, District of Nevada from October 20 through November 3, 2025 in the matter of *Llera, et al. v. LVMPD, et al.* (Case No. 2:20-cv-01589-RFB-DJA). This trial limited LVMPD Defendants' counsel's ability to timely review and address Plaintiff's initial expert disclosures and schedule depositions of one or more of Plaintiff's experts.

An extension of discovery in this matter will allow the Defendants sufficient time to schedule and hold all depositions that remain to be taken, and reschedule Plaintiff's noticed depositions. Given the impending holiday season, the Defendants anticipate difficulties in scheduling these depositions in the short time remaining before discovery closes. The Plaintiff anticipates no scheduling issues from the Plaintiff's side, but is willing to accommodate the Defendants. The Defendants thus respectfully request an extension of time so that the Defendants have sufficient time to conduct their depositions, and the Plaintiff's noticed deposition can be rescheduled to accommodate the Defendants to ensure that this matter is fairly resolved on the merits.

The Parties met and conferred regarding the instant stipulation on 11/13/25.

**IV.   PROPOSED SCHEDULE FOR REMAINING DEADLINES**

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend the Pleadings / Add Parties | September 9, 2025 | **Past Due/Unchanged** |
| Initial Expert Disclosures | October 9, 2025 | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | November 10, 2025 | **Past Due/Unchanged** |
| Discovery Cut-Off | December 8, 2025 | **February 6, 2026** |

MAC: 14687-532 (#6113719.2)

| Dispositive Motions | January 7, 2026 | **March 9, 2026** |
|---|---|---|
| Pretrial Order | February 6, 2026 | **April 7, 2026** |

Based on the foregoing stipulation and proposed deadlines plan, the Defendants request that the Discovery Plan and Scheduling Order deadlines be extended additional sixty (60) days so that the Defendants may conduct additional discovery, conduct depositions, the Plaintiff's noticed depositions can be rescheduled to accommodate the Defendants' schedule, and the Parties can litigate the case based on the merits.

IT IS SO STIPULATED.

DATED this 17th day of November, 2025      DATED this 17th day of November, 2025

Clear Counsel Law Group                              MARQUIS AURBACH

By:   /s/ Stephen P. Stubbs                              By:   /s/ Andrew Yates
   Stephen P. Stubbs, Esq.                                 Craig R. Anderson, Esq.
   Nevada Bar No. 10449                                    Nevada Bar No. 6882
   1671 W. Horizon Ridge Parkway, #200                     Andrew Yates, Esq.
   Henderson, Nevada 89012                                 Nevada Bar No. 17016
   Attorney for Plaintiff Shawn                            10001 Park Run Drive
   Armstrong                                               Las Vegas, Nevada 89145
                                                           Attorneys for Defendants Las Vegas
                                                           Metropolitan Police Department and
                                                           Officer Jonathan Grant

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/19/2025

MAC: 14687-532 (#6113719.2)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (DEFENDANTS' FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of November, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-532 (#6113719.2)