**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Officer Jonathan Grant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN ARMSTRONG, individually, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and LVMPD OFFICER J. GRANT, P#19712, <br><br> Defendants. | Case Number: <br> 2:25-cv-00862-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Officer J. Grant ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Shawn Armstrong ("Plaintiff"), by and through his counsel, Clear Counsel Law Group, hereby stipulate to extend the deadline to file their dispositive motions from March 9, 2026 to April 8, 2026.

1.      The dispositive motion deadline in this case is currently March 9, 2025. ECF No. 15.

2.      The parties are in the process of discussing a potential resolution to this action. Extending the dispositive motion deadline will allow the parties sufficient time to discuss a potential resolution without incurring the substantial fees and costs likely to be associated with preparing for and drafting dispositive motions.

MAC: 14687-532 (#6255262.2)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

3. The Parties also respectfully present to the Court that a decision on Plaintiff's December 1, 2025 Motion to Strike Defendant's Rebuttal Expert [Docket Entry #16] would greatly assist in a possible resolution.

4. LVMPD Defendants also anticipate utilizing rebuttal expert deposition testimony if the Parties do not come to an agreement. Extending the dispositive motion deadline will allow the LVMPD Defendants to obtain the rebuttal expert's deposition transcript with sufficient time to utilize it in drafting dispositive motions and responses to the same. A decision on Plaintiff's December 1, 2025 Motion to Strike Defendant's Rebuttal Expert [Docket Entry #16] would assist on this issue as well.

5. This is the first request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute compelling reasons for the modest extension.

6. The instant stipulation is being made in good faith and not for purposes of delay. No party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED this 17th day of February, 2026.

MARQUIS AURBACH                    CLEAR COUNSEL LAW GROUP

By: *s/Andrew D. Yates*                    By:    *s/ Stephen P. Stubbs*
    Craig R. Anderson, Esq.                    Jared R. Richards, Esq.
    Nevada Bar No. 6882                    Nevada Bar No. 11254
    Andrew D. Yates, Esq.                    Stephen P. Stubbs, Esq.
    Nevada Bar No. 17016                    Nevada Bar No. 10449
    10001 Park Run Drive                    1671 W. Horizon Ridge Pkwy., Ste. 200
    Las Vegas, Nevada 89145                    Henderson, Nevada 89012
    Attorneys for Defendants                    Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

DATED: February 17, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

MAC: 14687-532 (#6255262.2)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816